UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CV #: 02-928

UNITED STATES OF AMERICA, ) HON. Reena Raggi
    Plaintiff, ) Claim No. C-72209W
)
v. )
)

Jean W. Setoute

    Defendant(s), )

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 8 2005 ★

    and )
)

Interstate Management Co., LLC
d/b/a Courtyard by Mariott
    Garnishee )

BROOKLYN OFFICE

## GARNISHEE ORDER

The annexed affirmation of Liberatore J. Iannarone, an attorney for the plaintiff, shows that a Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee, or the Garnishee has voluntarily furnished us with employment verification. A copy of the Answer of the Garnishee, or the verification letter will be annexed, stating that the Garnishee had in its possession or his control personal property belonging to and due to the defendant, Jean W. Setoute, and that garnishee was indebted to defendant, Jean W. Setoute, the sum of $687.20 weekly as a result of the garnishees employment of defendant Jean W. Setoute.

The defendant, Jean W. Setoute, was served with Notice of his/her right to a hearing to determine exempt property as provided for in Section 28 U.S.C., 3205(5) and has not requested a hearing to determine exempt property.

Now, on motion of Mullen & Iannarone, P.C., attorneys for the Plaintiff, it is ordered that the Garnishee pay the sum equal to 25% of the defendant's net disposable weekly earnings to the plaintiff, payments made payable to the U.S. Department of Justice, and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Jean W. Setoute, or until further Order of the Court.

SO ORDERED;

Dated: 6-2-05

    s/John Gleeson
UNITED STATES DISTRICT COURT JUDGE